cc: Court, KFK

(49)
2-15-0

Hanes v. Apple Chevrolet, et al.                    TIME: 11:00 a.m.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

### MINUTES OF CONFERENCE

CASE No. **1:CV-00-2003**

DATE    February 15, 2002

Hon. Sylvia H. Rambo presiding, Harrisburg, Pennsylvania, in chambers.

Nature of Conference   Discovery Conference Call

Time Commenced   10:00          Time Terminated   10:10

**PLAINTIFF:**              **APPEARANCES**          **DEFENDANT:**

Sandra Thompson, Esquire     Sara Austin, Esquire

**REMARKS**

Discovery not produced by def.
Compel def. to answer
Extend CMO

FILED
FEB 15 2002
PER _____
HARRISBURG, PA DEPUTY CLERK