

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JEFFREY L. HANES,** | CIVIL NO. 1:CV-00-2003 |
| **Plaintiff** | |
| v. | |
| **APPLE CHEVROLET, INC. and TERRY STEWART, President/ Owner,** |  |
| **Defendants** | |

## O R D E R

      Pursuant to a discovery conference call held February 15, 2002, **IT IS HEREBY ORDERED THAT**:

      1) Defendants' December 3, 2001 motion to compel discovery is dismissed.

      2) Plaintiff's February 13, 2002 motion to compel discovery is dismissed.

      3) No discovery motions shall be filed by either party without leave of court. Instead, discovery disputes shall be resolved by way of conference call.

      3) No later than March 8, 2002, Defendants shall respond to and shall produce the discovery requests serve upon them by Plaintiff.

      4) The depositions of any witnesses shall be deferred until the discovery requested by Plaintiff is produced.

      5) The deadline for completion of discovery is extended to May 15, 2002.

      6) Dispositive motions <u>and</u> supporting briefs shall be filed no later than May 31, 2002.

7) All motions in limine, if any, accompanied by supporting briefs, shall be filed no later than August 5, 2002.

8) Pretrial memoranda shall be filed on or before **noon on August 23, 2002**, in conformity with the local rules.

9) The pretrial conference will take place at 11:00 a.m. on Friday, August 30, 2002, in the chambers of Courtroom No. 3.

10) This case is placed on the September 2002 trial list. Jury selection for cases on the September list will begin at 9:30 a.m. on Tuesday, September 3, 2002 in Courtroom No. 3, Eighth Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania. Trials will commence following the completion of jury selections. A date certain for trial may be discussed at the pretrial conference; however, counsel are expected to be prepared to go forward with trial at anytime during the trial term.

SYLVIA H. RAMBO
United States District Judge

Dated: February 19, 2002.