

51
3-13-02

Hanes v. Apple Chevrolet                                      TIME 8:30 A.M.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

### MINUTES OF CONFERENCE

CASE No. **1:CV-00-2003**

DATE       March 13, 2002

Hon. Sylvia H. Rambo presiding, Harrisburg, Pennsylvania, in chambers.

Nature of Conference   Discovery Conference

Time Commenced   8:35            Time Terminated   8:40

| **PLAINTIFF:** | **APPEARANCES** | **DEFENDANT:** |
|---|---|---|
| Thompson | Austin | |

FILED
MAR 13 2002
PER ___ MA
HARRISBURG, PA  DEPUTY CLERK

### REMARKS

Each party to submit their discovery requests & corresponding answers by Mar. 20.