IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFREY L. HANES,<br><br>    Plaintiff<br><br>v.<br><br>APPLE CHEVROLET, INC. and<br>TERRY STEWART, President/<br>Owner,<br><br>    Defendant | CIVIL NO. 1:CV-00-2003<br><br> |

## ORDER

Pursuant to the conference call held on March 13, 2002, **IT IS HEREBY ORDERED THAT**

(1) On or before March 20, 2002, both parties shall supply the court with a copy of their discovery requests as well as the corresponding answers;

(2) The documents described in Paragraph 1 do not need to be filed with the clerk of court, nor do the parties need to submit multiple copies. Correspondence is to be sent directly to Judge Rambo using one of the following addresses:

    (a) For United States Mail:

        P.O. Box 868
        Harrisburg, PA 17108-0868

    (b) For private mail (including UPS or Federal Express):

        Federal Building, Room 860
        228 Walnut Street
        Harrisburg, PA 17101

                            _/s/ Sylvia H. Rambo_
                            SYLVIA H. RAMBO
                            United States District Court

Dated: March _13_, 2002