53
4-4-02
MA

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JEFFREY L. HANES,** | : CIVIL NO. 1:CV-00-2003 |
| Plaintiff | : |
| v. | : |
| **APPLE CHEVROLET, INC. and TERRY STEWART, President/Owner,** | : |
| Defendants | : |

FILED
APR - 4 2002
PER _____ MA
HARRISBURG, PA.    DEPUTY CLERK

## ORDER

The parties have been bickering with each other on every aspect of discovery in the captioned action. As a result of a conference call, the parties were requested to submit to the court their respective requests for discovery and the responses thereto. Upon consideration thereof, **IT IS HEREBY ORDERED THAT**:

    1) Regarding Defendants' response to Plaintiff's interrogatories:

        a) Defendants shall respond to Interrogatory 8 now. This is required so that, if necessary, depositions of said witnesses can be taken within the discovery period. Any defense expert must be identified by April 30, 2002.

        b) As to Interrogatories 11 and 14, in which responses refer to documents filed before the YHRC, Plaintiff shall notify Defendants and Defendants shall supply Plaintiff with copies of documents filed before the YHRC if Plaintiff does not have access to same.

    2) Regarding Plaintiff's response to Defendants' request for production of documents:

        a) This court finds that while the written responses are cryptic, the documents supplied appear to be responsive.

        b) Plaintiff's answers to interrogatories are adequate except for the expert interrogatory. In that regard, Plaintiff shall comply with Federal Rule of Civil Procedure 26(a)(2).

3) This court never forces parties to respond to admissions.

4) The parties shall proceed to schedule depositions.

5) Defendants' motion to compel is deemed moot.

6) Defendants' motion for counsel fees is denied.

SYLVIA H. RAMBO
United States District Judge

Dated: April 4, 2002.