cc: Court, KFK

(54)
5-13
MA

Hanes v. Apple Chevrolet                                TIME 9:55 a.m.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**MINUTES OF CONFERENCE**

CASE No. **1:CV-00-2003**

DATE  May 10, 2002

Hon. Sylvia H. Rambo presiding, Harrisburg, Pennsylvania, in chambers.

Nature of Conference  Deposition Dispute

Time Commenced  9:55                    Time Terminated  10:00

**PLAINTIFF:**              **APPEARANCES**              **DEFENDANT:**

Sandra Thompson, Esquire              Sara Austin, Esquire

**REMARKS**

Dispute at deposition re attorney client privilege as to what conversation in preparation of deposition Terry Stuart had w/ Ms Hall upheld objection - However now of a work product privilege



FILED
MAY 10 2002
PER _____
HARRISBURG, PA  DEPUTY CLERK