IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFREY L. HANES, | CIVIL NO. 1:CV-00-2003 |
| Plaintiff | |
| v. | |
| APPLE CHEVROLET, INC. and TERRY STEWART, President/Owner, |  |
| Defendants | |

### ORDER

Upon consideration of Defendants' motion to compel deposition, for extension of the discovery deadline, and for contempt and sanctions, **IT IS HEREBY ORDERED THAT**:

1) The deadline for completion of discovery is extended to May 31, 2002 for the sole purpose of deposing Plaintiff.

2) Plaintiff shall submit himself for a deposition at the time and place noticed by any new subpoena. Failure to show will result in dismissal of the instant action.

3) The request for sanctions in the form of fees and costs is deferred pending Plaintiff's response to this portion of Defendant's motion to compel.

SYLVIA H. RAMBO
United States District Judge

Dated: May 14, 2002.

```
                    UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF PENNSYLVANIA

                   * * MAILING CERTIFICATE OF CLERK * *
```

Re:  1:00-cv-02003    Hanes v. Apple Chevrolet, Inc

True and correct copies of the attached were mailed by the clerk to the following:

```
     Sandra Thompson, Esq.
     P.O. Box 2361
     York, PA  17405

     Sara A. Austin, Esq.
     Blakely, Yost, Bupp & Pausch, LLP
     17 East Market Street
     York, PA  17401


cc:
Judge                            (X )           ( ) Pro Se Law Clerk
Magistrate Judge                 ( )            ( ) INS
U.S. Marshal                     ( )            ( ) Jury Clerk
Probation                        ( )
U.S. Attorney                    ( )
Atty. for Deft.                  ( )
Defendant                        ( )
Warden                           ( )
Bureau of Prisons                ( )
Ct Reporter                      ( )
Ctroom Deputy                    ( )
Orig-Security                    ( )
Other_____    ( )
```

MARY E. D'ANDREA, Clerk

DATE: May 14th, 2002            BY: _____
                                     Deputy Clerk