# SANDRA I. THOMPSON
## ATTORNEY AT LAW

P.O. BOX 2361, YORK, PENNSYLVANIA 17405          717-845-1408



July 11, 2002

The Honorable Sylvia H. Rambo
United States District Court Judge
Federal Building, Room 860
228 Walnut Street
Harrisburg, Pennsylvania 17101

RE:  Hanes v. Apple Chevrolet, et al
     1:CV-00-2003

Dear Judge Rambo:

This letter is written in an effort to comply with your June 27, 2002 order. Plaintiff does not require additional depositions of Mark Green, Lionel Weathers, Dimitrios Tomboris, or Steve Jones.

However, with the Court's approval, Plaintiff requests to supplement his supporting documents and exhibits to "Plaintiff's Response to Defendants' Motion for Summary Judgement" and his "Statement of Material Facts" with the depositions of the above-named persons. Plaintiff did not previously attach such documents, as he did not want to risk waiving his objection to Defendants' conduct of said depositions on April 4, 2002.

Sincerely,



Sandra Thompson, Esquire
Attorney for Plaintiff

cc.   Jeffrey L. Hanes
      Sara Austin, counsel for Defendants