IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFREY L. HANES, | CIVIL NO. 1:CV-00-2003 |
| Plaintiff | |
| v. | |
| APPLE CHEVROLET, INC. and TERRY STEWART, President/Owner, | |
| Defendant | |

### ORDER

In light of the pending motion for summary judgment which will not be ripe until August 12, 2002, **IT IS HEREBY ORDERED THAT:**

1) The deadlines for filing motions *in limine* and pretrial memoranda are suspended.

2) The August 30, 2002 pretrial conference is canceled and this case is removed from the September 2002 trial list.

3) A new scheduling order will be issued, if necessary, upon disposition of Defendants' motion for summary judgment.

SYLVIA H. RAMBO
United States District Judge

Dated: July 17, 2002.