Albert G. Blakey
David Wm. Bupp
Donald B. Hoyt
Charles A. Rausch
Sara A. Austin
Stacey R. MacNeal
Penny V. Ayers
John J. Baranski, Jr.



Blakey, Yost, Bupp & Rausch, LLP

of counsel

Robert O. Beers
Donald H. Yost

August 5, 2002
Dictated July 31, 2002

The Honorable Sylvia H. Rambo
U.S. District Court
Middle District of Pennsylvania
Federal Building
228 Walnut Street
Harrisburg, PA 17108

FILED
AUG 8 2002
PER ___
HARRISBURG, PA.    DEPUTY CLERK

    Re:    **Jeffrey Hanes v. Apple Chevrolet, Inc., et al.**
           **MDPA No. 1:CV-00-2003**

Dear Judge Rambo:

As you are aware, Plaintiff has filed his Supplement to Statement of Material Facts on or about July 26, 2002. However, Defendant sees no need to file any supplementary materials, such that I believe the Motion for Summary Judgment to be ripe for a decision.

Very truly yours,

Sara A. Austin
BLAKEY, YOST, BUPP & RAUSCH, LLP

cc:    Sandra Thompson, Esquire
        Apple Chevrolet

17 East Market Street, York, PA 17401   717-845-3674   Fax 717-854-7839
Branch office: 104 South Baltimore Street, Dillsburg, PA 17019   717-502-8256