IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JEFFREY L. HANES,** : | |
| Plaintiff : | |
| : | |
| v. : | NO. 1:00-CV-2003 |
| : | |
| **APPLE CHEVROLET, INC.,** : | |
| et al., : | |
| Defendants : | |

**O R D E R**

AND NOW this 20th day of August, 2002, it is hereby ORDERED that a brief status conference will be conducted by the Court <u>by telephone</u> on Tuesday, August 27, 2002 at 11:00 a.m. The purpose of the status conference is to review the pretrial/trial schedule and to address any pending issues. Trial counsel are expected to participate in the conference. Plaintiffs' counsel shall initiate the conference call (the Court's new telephone number is 717/221-3945).

CHRISTOPHER C. CONNER
United States District Judge