cc: Ct
   xam

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

## MINUTES OF CONFERENCE

FILED
HARRISBURG, PA
AUG 29 2002
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

CASE: **JEFFREY L. HANES V. APPLE CHEVROLET, INC., et al**
    **NO. 1:00-CV-2003**

DATE: August 28, 2002 @ 10:15 a.m.

Honorable Christopher C. Conner presiding, Harrisburg, Pennsylvania, in chambers.

Nature of Conference: **STATUS CONFERENCE**

Time Commenced: _10:15 am_      Time Terminated: _10:30 am_

**PLAINTIFF: APPEARANCES**      **DEFENDANT: APPEARANCES**

_Sandra Thompson_      _Sara Austin_

## REMARKS

_Review pretrial/trial schedule and discuss revisions to same._