IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEFFREY L. HANES, | : | CIVIL ACTION NO. 1:00-CV-2003 |
| Plaintiff | : | |
| | : | |
| v. | : | Judge Conner |
| | : | |
| APPLE CHEVROLET, INC., et al., | : | FILED |
| Defendants | : | HARRISBURG, PA |

AUG 29 2002

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

**ORDER**

On August 28, 2002, a Status Conference was held in this matter, to review the status of discovery and the pretrial/trial schedule.

As a result of that conference, the Court has determined that the following revised schedule shall apply to this matter.

1. A final pretrial conference will be held in this matter on **Thursday, November 21, 2002, at 10:30 a.m. in Chambers**.

2. Trial in this case will take place in **December 2002** and jury selection will commence on **Tuesday, December 10, 2002, at 9:00 a.m., in Harrisburg, Pennsylvania**.

IT IS SO ORDERED.

Date: August 29, 2002

_____
CHRISTOPHER C. CONNER
United States District Judge