

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFREY L. HANES,<br>　　　　Plaintiff | CIVIL ACTION NO. 1:00-CV-2003 |
| v. | (Judge Conner) |
| APPLE CHEVROLET, INC., and<br>TERRY STEWART, President/Owner,<br>Jointly and Severally<br>　　　　Defendants | **FILED**<br>HARRISBURG, PA<br><br>SEP 0 9 2002<br><br>MARY E. D'ANDREA, CLERK<br>Per _____<br>　　　　Deputy Clerk |

## ORDER REFERRING CASE TO MEDIATION
## AND APPOINTING MEDIATOR

In accordance with the Civil Justice Reform Act of 1990 Expense and Delay Reduction Plan of the United States District Court for the Middle District of Pennsylvania, and given the nature of this proceeding which suggests that mediation might be of benefit to the parties and the Court, it is imperative that all avenues of settlement be explored prior to trial. Therefore, in accordance with the rules governing mediation set forth in Chapter VI of the Rules of the Middle District of Pennsylvania, **IT IS HEREBY ORDERED THAT:**

　　　　(a) **Referral to Mediation:** This case shall be referred to the mediation process in an attempt to achieve an equitable settlement of the issues. The following individual is hereby appointed by the Court to serve as a mediator in this action:

　　　　　　Name of Mediator: Brian Addison, Esquire
　　　　　　Firm Name: Dentsply International
　　　　　　Address: 570 West College Avenue
　　　　　　　　　　P.O. Box 872
　　　　　　　　　　York, PA 17405-0872
　　　　　　Telephone Number: (717)849-4753

(b) **Scheduling and Conduct of Mediation Conference(s):** The mediation conference(s) shall be scheduled and conducted in accordance with Rules 16.8.5 and 16.8.6 of the Middle District. The first such mediation session shall be held within thirty days of the date of this order at a time, date, and location to be set by the mediator.

(c) **General Rules Governing the Mediation Conference:** All counsel and the mediator are to become familiar with Chapter VI, ALTERNATIVE DISPUTE RESOLUTION, of the Local Rules for the U.S. District Court, Middle District of Pennsylvania.

(d) **Compensation of the Mediator:** In accordance with Rule 16.8.3 of the Middle District, the services of the mediator shall be provided pro bono.

No later than ten (10) days from the date of this Order, any party may file and serve written objections to this Order. Any such objections shall also be served upon the mediator. The absence of any such objection shall constitute acknowledgment and consent to the terms of this Order.

CHRISTOPHER C. CONNER
United States District Judge

Dated: September 9, 2002