

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JEFFREY L. HANES,** | : | CIVIL NO. 1:00-CV-2003 |
| Plaintiff | : | |
| v. | : | |
| **APPLE CHEVROLET, INC.** and **TERRY STEWART,** President/Owner, Jointly and Severally, | : | |
| Defendants | : | |



## ORDER

AND NOW, this 7th day of November, 2002, upon consideration of defendants' motion for summary judgment, dated June 3, 2002, it is ORDERED THAT defendants' motion is GRANTED. Count II of plaintiff's complaint is hereby DISMISSED.

CHRISTOPHER C. CONNER
United States District Judge